

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                                                        |   |                            |
|--------------------------------------------------------|---|----------------------------|
| R.M.O.,                                                | § | No. 08-14-00067-CV         |
|                                                        | § |                            |
| Appellant,                                             | § | Appeal from the            |
|                                                        | § |                            |
| v.                                                     | § | 65th District Court        |
|                                                        | § |                            |
| TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,    | § | of El Paso County, Texas   |
|                                                        | § | (TC# 2012DCM09306)         |
| Appellee.                                              | § |                            |

## <u>MEMORANDUM OPINION</u>

The Court previously abated this appeal pending the trial court's ruling on Appellant's motion for new trial and we instructed Appellant to notify the Court if the trial court ruled on the motion or if it was overruled by operation of law. Appellant has informed the Court that the trial court granted his motion for new trial and he has filed a motion to dismiss the appeal. The appeal is reinstated.

The trial court's entry of the order granting the motion for new trial has rendered this appeal moot. We are prohibited from deciding moot controversies. *National Collegiate Athletic Association v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999). A case is moot if a justiciable controversy ceases to exist at any stage of the legal proceedings, including the appeal. *In re Kellogg Brown*

*& Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005).  We grant Appellant's motion and dismiss the appeal.

GUADALUPE RIVERA, Justice

May 23, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.